# Szmigel *v.* Director General of Railroads, Appellant.

*Appeals—Assignments of error—Taking off nonsuit—Quashing
appeal—Practice, Supreme Court.*

An order of the common pleas taking off a nonsuit is not re-
viewable as error, and an appeal taken from such order will be
quashed.

Argued March 22, 1920.  Appeal, No. 204, Jan. T., 1920, by defendant, from order of C. P. No. 1, Phila. Co., March T., 1918, No. 4633, taking off nonsuit in case of Stanley Szmigel v. Director General of Railroads, United States Railroad Administration, operating the Philadelphia & Reading Railway.  Before Brown, C. J., Stewart, Walling, Simpson and Kephart, JJ.  Appeal quashed.

Trespass for personal injuries.  Before Shoemaker, J.

At the trial a compulsory nonsuit was entered.  Subsequently the court made an order taking off the nonsuit.  Defendant appealed.

*Error assigned* was the order of the court taking off the nonsuit and awarding a new trial.

*Wm. Clarke Mason,* for appellant.

*Louis Goodfriend,* for appellee, was not heard.

Per Curiam, March 22, 1920:

The trial judge entered a nonsuit in this case, which the court subsequently took off.  This is not reviewable as error, and the case will now proceed to a final disposition of it, from which an appeal will lie.

Appeal quashed.